JOSEPH SCHLESINGER, #87692
Acting Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
JAMES P. ROBERTS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
TARUS STARKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-CR-00434-CKD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO VACATE |
| v. ) | THE TRIAL CONFIRMATION HEARING |
| ) | AND JURY TRIAL AND TO SET A |
| TARUS STARKS, ) | CHANGE OF PLEA |
| ) | |
| Defendant. ) | Date: March 21, 2013 |
| _____ ) | Time: 9:30 a.m. |
| | Judge: CAROLYN K. DELANEY |

The United States Attorney through his respective counsel, ASHWIN JANAKIRAM, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for TARUS STARKS, and Certified Student Attorney, JAMES P. ROBERTS, hereby stipulate to vacate the trial confirmation hearing set for January 24, 2013 at 9:30am and to vacate the jury trial scheduled for February 11, 2013 at 9:30am.

Accordingly, the parties jointly request that a change of plea be scheduled for March 21, 2013 at 9:30am before Magistrate Carolyn K.

Delaney.

Time is to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(b)(iv) (Local Rule T4) as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Defense counsel needs additional time for preparation to resolve this matter without a trial.

Dated: January 22, 2013          Respectfully submitted,


                                 JOSEPH SCHLESINGER
                                 Acting Federal Defender


                                 /s/ Linda C. Harter
                                 Linda C. Harter
                                 Chief Assistant Federal Defender
                                 Attorney for Tarus Starks

                                 /s/ James P. Roberts
                                 James P. Roberts
                                 Certified Student Attorney

Dated: January 22, 2013          BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Ashwin Janakiram
                                 Ashwin Janakiram
                                 Special Assistant U.S. Attorney


                              O R D E R

**IT IS SO ORDERED.**


Dated: January 23, 2013

                                 _____
                                 CAROLYN K. DELANEY
                                 UNITED STATES MAGISTRATE JUDGE