1  JOSEPH SCHLESINGER #87692
   Acting Federal Defender
2  LINDA C. HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   JAMES P. ROBERTS
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7  Attorneys for Defendant
   TARUS STARKS
8

9
            IN THE UNITED STATES DISTRICT COURT
10
            FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12
UNITED STATES OF AMERICA,    )  2:12-CR-00434-CKD
13                           )
            Plaintiff,       )
14                           )  STIPULATION AND ORDER CONTINUING
    v.                       )  CHANGE OF PLEA HEARING
15                           )
TARUS STARKS                 )
16                           )  Date:  April 4, 2012
            Defendant.       )  Time:  9:30 a.m.
17                           )  Judge: Carolyn K. Delaney
   _____ )
18
        The United States Attorney through his respective counsel, ASHWIN
19
   JANAKIRAM, Special Assistant United States Attorney, and LINDA C.
20
   HARTER, Attorney for TARUS STARKS, and Certified Student Attorney,
21
   JAMES P. ROBERTS, hereby stipulate to continue the change of plea
22
   hearing set for March 21, 2013 at 9:30am.  Time is to be excluded under
23
   the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(b)(iv) (Local Rule T4) as
24
   the ends of justice served by granting the continuance outweigh the
25
   best interests of the public and the defendant in a speedy trial due to
26
   defense counsel being unavailable on this date.
27

1  Accordingly, the parties jointly request that the change of plea
2  hearing be continued to April 4, 2013 at 9:30am before Magistrate Judge
3  Carolyn K. Delaney.

Dated: January 29, 2013          Respectfully submitted,


                                 JOSEPH SCHLESINGER
                                 Acting Federal Defender


                                 /s/ Linda C. Harter
                                 LINDA C. HARTER
                                 Chief Assistant Federal Defender
                                 Attorney for TARUS STARKS

                                 /s/ James P. Roberts
                                 JAMES P. ROBERTS
                                 Certified Student Attorney


Dated: January 29, 2013          BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Ashwin Janakiram
                                 ASHWIN JANAKIRAM
                                 Special Assistant U.S. Attorney


**IT IS SO ORDERED.**

Dated: January 29, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE