| | | |
|---|---|---|
| 1 | JOSEPH SCHLESINGER #87692 | |
| | Acting Federal Defender | |
| 2 | LINDA C. HARTER, CA Bar #179741 | |
| | Chief Assistant Federal Defender | |
| 3 | Designated Counsel for Service | |
| | JAMES P. ROBERTS | |
| 4 | Certified Student Attorney | |
| | 801 I Street, 3rd Floor | |
| 5 | Sacramento, California 95814 | |
| | Telephone: (916) 498-5700 | |
| 6 | | |
| | Attorney for Defendant | |
| 7 | TARUS STARKS | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-CR-00434-CKD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) SENTENCING AND SET DISCLOSURE |
| v. | ) SCHEDULE |
| TARUS STARKS, | ) |
| | ) Date: June 20, 2013 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Carolyn K. Delaney |
| _____ | ) |

The United States Attorney through his respective counsel, ASHWIN JANAKIRAM, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for TARUS STARKS, and Certified Student Attorney, JAMES P. ROBERTS, hereby stipulate that the following schedule for sentencing and disclosure be adopted:

| | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Proposed PSR due | 05/09/13 | 05/30/13 |
| Counsel's written objections due | 05/23/13 | 06/13/13 |
| PSR filed with court | 05/30/13 | 06/20/13 |
| Motion for correction due | 06/06/13 | 06/27/13 |
| Reply/statement non-opposition | 06/13/13 | 07/05/13 |

| Judgment/Sentencing | 06/20/13 | 07/11/13 |

DATED:  April 29, 2013       Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender


/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for TARUS STARKS

/s/ James P. Roberts
JAMES P. ROBERTS
Certified Student Attorney

DATED: April 29, 2013        BENJAMIN B. WAGNER
United States Attorney


/s/ Ashwin Janakiram
ASHWIN JANAKIRAM
Special Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

 Dated: April 30, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE