1  HEATHER WILLIAMS, #122664
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  JERRON N. HARDING
   Certified Student Attorney
4  Designated Counsel for Service
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6
   Attorney for Defendant
7  TARUS STARKS

8

9                IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,   ) No. 2:12-CR-00434-CKD
   |                             )
13 |         Plaintiff,          )
   |                             ) STIPULATION TO MODIFY CONDITIONS
14 |    v.                       ) OF PROBATION; ORDER
   |                             )
15 | TARUS STARKS,               )
   |                             )
16 |         Defendant.          ) Judge: Hon. Carolyn K. Delaney
   |                             )
17 | _____)

18      IT IS HEREBY STIPULATED AND AGREED between the parties, Ashwin

19 Janakiram, Special Assistant United States Attorney, attorney for

20 Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender,

21 attorney for defendant, TARUS STARKS, that the conditions of Mr.

22 Stark's probation as imposed on July 11, 2013 be modified to remove the

23 condition that he serve 30 days of intermittent confinement and changed

24 to the condition that he serve 30 days of consecutive confinement.

25      Mr. Starks was sentenced to a term of intermittent confinement as

26 a condition of probation so he could maintain employment.

27 Approximately a week after Mr. Starks was sentenced, Mr. Starks was

28 laid off by his employer.  Mr. Starks current employment status

undermines the justification for the intermittent sentence and both parties agree that a term of intermittent confinement is no longer necessary. This stipulation will implement the intent of the parties by allowing Mr. Starks to serve 30 consecutive days of imprisonment.

Dated: July 22, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Jerron N. Harding
JERRON N. HARDING
Certified Student Attorney

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for TARUS STARKS

Dated: July 22, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Ashwin Janakiram
ASHWIN JANAKIRAM
Special Assistant U.S. Attorney

## **O R D E R**

The condition ordering Mr. Starks to serve 30 days of intermittent confinement is hereby removed from the conditions of probation imposed on July 11, 2013 and changed to the condition that he serve 30 consecutive days of imprisonment. All other conditions are to remain in effect.

**IT IS SO ORDERED.**

Dated: July 23, 2013

/s/Carolyn K. Delaney
CAROLYN K. DELANEY
United States Magistrate Judge